AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____WESTERN ARKANSAS_____

UNITED STATES OF AMERICA

V.

LEROY H. HOBACK

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 06-50059-004

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

JIMM LARRY HENDREN, U.S. DISTRICT JUDGE
Name and Title of Judge

3/15/07
Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 1 5 2007

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK